**Order entered February 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01235-CV

## EX PARTE NATHANIEL HUBERT

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. X-11-1261-H**

## ORDER

On October 18, 2012, this Court granted appellant's motion to proceed in forma pauperis and we ordered court reporter Vicki Tuck to file the reporter's record. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** court reporter Vicki Tuck to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the August 3, 2012 expunction hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vicki Tuck and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Nathaniel Hubert, TDCJ No. 00491576, Byrd Unit, 21 F.M. 247, Huntsville, TX 77320.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE